## MORRIS SILVERSTEIN *v.* HONORABLE ELAINE N. CAMPOSEO

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 338 (AC 30371), is denied.

*Morris Silverstein*, pro se, in support of the petition.

Decided September 29, 2010

## UTICA MUTUAL INSURANCE COMPANY *v.* PRECISION MECHANICAL SERVICES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 448 (AC 30676), is denied.

ROGERS, C. J., and KATZ, J., did not participate in the consideration of or decision on this petition.

*Neal L. Moskow*, in support of the petition.

Decided September 29, 2010